Patrick S. Schoenburg (State Bar No. 162842)
pschoenburg@wshblaw.com
**WOOD, SMITH, HENNING & BERMAN LLP**
7108 North Fresno Street, Suite 250
Fresno, California 93720-2952
Phone: 559.437.2860 ♦ Fax: 559.705.1934

Attorneys for Plaintiff, STARR INDEMNITY & LIABILITY COMPANY

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA - SACRAMENTO DIVISION

| | |
|---|---|
| STARR INDEMNITY & LIABILITY COMPANY,<br><br>　　　　Plaintiff,<br>　　v.<br>HIGH END DEVELOPMENT, INC.,<br><br>　　　　Defendant. | Case No. 2:24-cv-01909-WBS-CKD<br><br>**STIPULATED DISMISSAL AND ORDER OF DISMISSAL** |

Plaintiff Starr Indemnity & Liability ("Starr") and Defendant High End Development, Inc,("High End"), hereby stipulate under Federal Rule of Civil Procedure 41(a)(1)(ii) that this action be dismissed with prejudice as to all claims, causes of action, and parties, with each party bearing that party's own attorney's fees and costs.

DATED: December 13, 2024        WOOD, SMITH, HENNING & BERMAN LLP

By:   /s/ PATRICK S. SCHOENBURG
　　　　PATRICK S. SCHOENBURG
Attorneys for Plaintiff, STARR INDEMNITY & LIABILITY COMPANY

DATED: December 13, 2024        IRONHORSE LAW GROUP, P.C.

By:   /s/ NATHAN L. SCHEG
　　　　NATHAN L. SCHEG
　　　　DYLAN Y. FUKAI
Attorneys for Defendant, HIGH END DEVELOPMENT, INC.

35872444.1:10462-0206                    -1-
STIPULATED DISMISSAL AND ORDER OF DISMISSAL

## ORDER OF DISMISSAL

Pursuant to the stipulation of the parties under Federal Rule of Civil Procedure 41(a)(1)(ii), IT IS ORDERED THAT THIS ACTION BE, AND HEREBY IS, DISMISSED WITH PREJUDICE as to all claims, causes of action, and parties, with each party bearing that party's own attorney's fees and costs. The Clerk is directed to close the file.

Dated: December 17, 2024

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

WOOD, SMITH, HENNING & BERMAN LLP
7108 NORTH FRESNO STREET, SUITE 250
FRESNO, CALIFORNIA 93720-2952
TELEPHONE 559.437.2860 ♦ FAX 559.705.1934

35872444.1:10462-0206         -2-
STIPULATED DISMISSAL AND ORDER OF DISMISSAL